IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LEE KENNEDY, JR.,<br><br>Defendant. | CR 23-61-BLG-SPW<br><br>ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 26). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on June 13, 2023. (Doc. 24.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 25.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 924(d).

1

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 26) is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- One Beretta, model 81, .32 ACP caliber semi-automatic pistol (S/N: D46626W); and
- Eight (8) rounds of .32 ACP ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 22nd day of August, 2023.

SUSAN P. WATTERS
United States District Court Judge